IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN JARRETT PALMER,

     Appellant,

v.

DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0915

Opinion filed October 10, 2017.

An appeal from an order of the Department of Business and Professional Regulation. Matilde Miller, Interim Secretary, Judge.

Steven Jarrett Palmer, pro se, Appellant.

Pamela Jo Bondi, Attorney General; Jason L. Maine, General Counsel; and Dwight O. Slater, Chief Appellate Counsel, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

RAY and OSTERHAUS, JJ., and PATTERSON, CHRISTOPHER N., ASSOCIATE JUDGE, CONCUR.